# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| GERMAN ROBLES-GARCIA, | No. C 13-4031-MWB |
| Petitioner, | (No. CR 10-4011-MWB) |
| vs. | **REQUEST FOR CERTIFICATE OF APPEALABILITY** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

_____

This case is before me on petitioner Robles-Garcia's *pro se* correspondence, docketed June 2, 2014, which I construe as a Request For Certificate Of Appealability (docket no. 25). In support of his Request, he asserts—and offers the affidavit of a prisoner who assisted him with preparing his "[Motion For] Reconsideration In Accordance With FcRp 59(e)" (docket no. 16) averring—that the prisoner assisting him misunderstood whether or not he had ever been offered a plea agreement in the course of his underlying criminal case.

Robles-Garcia's argument does not establish that there is any basis for relief on either his original § 2255 Motion or his Motion For Reconsideration, that any issue raised in his original § 2255 Motion or his Motion For Reconsideration is debatable among reasonable jurists, that a court could resolve any such issue differently, or that any such issue deserves further proceedings. Consequently, I reiterate that a certificate of appealability on either his original § 2255 Motion or his Motion For Reconsideration must be denied. *See* 28 U.S.C. § 2253(c)(1)(B); *Miller-El v. Cockrell*, 537 uct 322, 335-36; *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997), *cert. denied*, 525 U.S. 834 (1998).

THEREFORE, petitioner Robles-Garcia's *pro se* Request For A Certificate Of Appealability (docket no. 25) is **denied.** No certificate of appealability will issue for any claim or contention in his § 2255 Motion or his Motion For Reconsideration.

**IT IS SO ORDERED**.

**DATED** this 2nd day of June, 2014.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA